COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS



| NOEL LIFE, | § | No. 08-23-00192-CV |
| | § | |
| Appellant, | § | Appeal from |
| | § | |
| v. | § | 41st Judicial District Court |
| | § | |
| COUNTY OF EL PASO, TEXAS, | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC# 2021DCV4345) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below.

It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. This decision shall be certified below for observance. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF FEBRUARY 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.